# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PATRICK JOSEPH MILLER,

    Plaintiff,

v.                      CASE NO. 4:09cv103-RH/WCS

DELLA ANNE GRIFFIN HARRELL,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 11). The report and recommendation concludes that the amended complaint should be dismissed. No objections have been filed.

The plaintiff apparently asserts a claim under 42 U.S.C. § 1983 for malicious prosecution. He apparently alleges he was charged with criminal offenses in separate cases in Leon and Wakulla Counties arising from the same incident. He alleges that he was acquitted in Leon County, but he apparently acknowledges that the Wakulla case is still pending.

The report and recommendation concludes that the amended complaint is

deficient on several grounds including the failure to allege a favorable termination of the underlying charges. A favorable termination is a prerequisite to a malicious-prosecution claim. In some circumstances, at least, a favorable termination of one case would allow a person to proceed with a claim that the case was maliciously prosecuted, even if a related case remained pending. But the plaintiff has made no such assertion here. I thus will accept the report and recommendation and dismiss this case without prejudice on the ground that it is premature.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on July 24, 2009.

                                              s/Robert L. Hinkle
                                              United States District Judge